AO 106 (Rev. 2/03) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

One (1) Black Motorola Cellular Phone
Model Number: I425
Serial Number: 364VHQ3PT4

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

Case Number: **08 MJ 8378**

I, IRENE SOLORZANO, being duly sworn depose and say:

I am a(n) Agent for the U.S. Border Patrol and have reason to believe
     Official Title

that ☐ on the person of or ☑ on the property or premises known as (name, description and/or location)

REFER TO ATTACHMENT A

in the   SOUTHERN   District of   CALIFORNIA

there is now concealed a certain person or property, namely (describe the person or property to be seized)

REFER TO ATTACHMENT B

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

property and electronic data which constitutes evidence of the commission of a criminal offense, and which is and has been used as the means for committing a criminal offense.

concerning a violation of Title   8   United States Code, Section(s)   1324

The facts to support a finding of probable cause are as follows:

REFER TO ATTACHED AFFIDAVIT OF U.S. BORDER PATROL AGENT IRENE SOLORZANO.

**FILED
MAY 0 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY**

Continued on the attached sheet and made a part hereof: ☑ Yes ☐ No

_____
Signature of Affiant

Sworn to before me and subscribed in my presence,

5/5/08                                      at   EL CENTRO           CALIFORNIA
Date                                             City                State

William M<sup>c</sup>Curine, Jr.
Peter C. Lewis   U.S. Magistrate Judge         _____
Name of Judge    Title of Judge                 Signature of Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**'08 MJ 8378**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | ) Magistrate Case No.:_____ |
| | ) |
| One black Motorola Phone | ) AFFIDAVIT OF BORDER |
| Model number I425 | ) AGENT IRENE SOLORZANO |
| Serial number 364VHQ3PT4 | ) IN SUPPORT OF SEARCH |
| | ) WARRANT APPLICATION |
| | ) |

I, IRENE SOLORZANO, Lead Border Patrol Agent with the U.S. Border Patrol, having been duly sworn, depose and state as follows:

## INTRODUCTION

1. I am an Agent with the Department of Homeland Security, United States Border Patrol, and have been so employed since 2000. I have been assigned to the Calexico, CA Border Patrol Station my entire career. From 2000 until 2005, I performed linewatch duties in the Calexico, CA area. From October 2005 to the present, I have served as the lead intelligence agent for the Calexico Station.

2. My duties and responsibilities include investigations of criminal violations relating to the smuggling and transportation of illegal aliens. I have personally arrested or participated in the investigation or arrest of multiple persons for violations of the immigration laws. I have conducted interviews with persons involved in alien smuggling, and I routinely share information regarding alien smuggling activities in the Calexico, CA area with my associates.

3. Through the course of my duties, I routinely communicate with other experienced alien smuggling investigators about the activities of alien smugglers, and I have received on the job training dealing with the activities of alien smugglers in the Calexico, CA area. Through my training and experience, I have gained knowledge and insight into the workings and methods of operation of alien smugglers in the Calexico, CA

1

area. Based on my training and experience, I am aware that it is a common practice for alien smugglers to use cellular telephones to maintain communications with co-conspirators and associates to facilitate the entry of illegal aliens into the United States, the harboring of aliens within the United States and the transportation of aliens.

4. This affidavit is submitted in support of an application to search a cellular telephone described as follows:

> One black Motorola Phone
> Model number I425
> Serial number 364VHQ3PT4

for evidence of violations of Title 8, United States Code, Section 1324. This cellular telephone was located in the vicinity of defendant Ernesto Flores-Blanco at the time of his arrest on December 10, 2007. I believe that probable cause exists to believe that evidence, fruits, and instrumentalities of violations of federal criminal law may be found in the above property, specifically in electronic form.

5. I have been personally involved in the investigation that is the subject of this affidavit, and I am completely familiar with the facts outlined below. That knowledge comes from my personal participation in this investigation, including interviews with, and my analysis of reports submitted by, other law enforcement agents participating in this investigation.

## PROBABLE CAUSE

6. On the evening of December 9, 2007, Calexico Border Patrol Station's Smuggler Targeting Action Team ("STAT") was conducting surveillance near Encinas Avenue and First Street in Calexico, California. This area is approximately one-half mile east of the Calexico West Port of Entry and is immediately north of the International Boundary Fence which runs parallel to First Street. The area is notorious for alien smuggling coordinated on both sides of the border as illegal aliens scale the border fence assisted by smugglers in Mexico and then hide in nearby residences throughout the surrounding neighborhood assisted by smugglers in the United States.

7. At approximately 8:00 p.m. on December 9, plainclothes STAT agents observed defendants Mario Raymond Fernandez and Ernesto Flores-Blanco walking

together in the area of Encinas Avenue and Renaud Court. Agents recognized Fernandez and Flores as persons arrested for alien smuggling on multiple occasions. Fernandez and Flores walked north on Encinas Avenue and entered the backyard of 806 Second Street. For the next several hours, agents observed Fernandez repeatedly exit the backyard, walk toward First Street, hide next to a house at 739 First Street and look across the street toward the border fence while talking on a cell phone. After each such excursion, Fernandez returned to the backyard of 806 Second Street.

8.   At approximately 12:40 a.m., Fernandez and Flores exited the 806 Second Street backyard. Fernandez walked south on Encinas Avenue, and Flores proceeded eastbound through an alley toward a nearby apartment building known as the "White Apartments." Agents maintained surveillance of Fernandez as he returned to his location next to 739 First Street. Fernandez was talking on a cellular phone, and a STAT team agent observed a suspected alien smuggler standing on the south side of the border fence in Fernandez' line of sight and talking on a cellular phone. Fernandez motioned with his hand for the smuggler to move to the east toward the White Apartments. The smuggler did so, and Fernandez said, in the Spanish language, "We're ready, now, now." Fernandez then walked quickly northbound on Encinas Avenue.

9.   At the same time, another STAT agent observed Flores walk into the midst of the White Apartments, crouch down with a visual of the border fence and talk on a cellular phone. A suspected smuggler and one other individual were on the south side of the border fence opposite Flores and in his line of sight. Flores motioned with his hands toward the individuals and said, in the Spanish language, "I'm here." Flores then noticed the STAT agent and became startled. Flores immediately walked through apartments to First Street and left the scene.

10.  Meanwhile, a Remote Video Surveillance System operator notified agents that a suspected illegal alien was climbing the border fence south of the White Apartments. Agents responded and observed the suspected illegal alien run north from the fence and hide at the side of the White Apartments. Agents approached the individual who identified himself as Alejandro Portillo-Mendoza. In response to agents' questioning, Portillo-

Mendoza stated he was a citizen of Mexico without documents allowing him to enter or remain in the United States.

11. Upon confirming that Portillo-Mendoza was an illegal alien, agents arrested Fernandez and Flores. Agents recovered a cellular telephone in Flores' possession at the time of his apprehension.

12. On May 10, 2007, the cellular telephone was seized as evidence by Border Patrol agents and is being maintained in the Calexico Station evidence storage room.

13. Based upon my experience and training, consultation with other law enforcement officers experienced in alien smuggling investigations, and all the facts and opinions set forth in this affidavit, I know that members of alien smuggling organizations communicate via cellular telephones in order to direct and monitor their smuggling activities. I also know that telephone numbers, contact names, electronic mail (email) addresses, appointment dates, messages, pictures and other digital information are stored in the memory of cellular telephones which identify other persons involved in alien smuggling activities.

14. Based upon my experience and training, consultation with other law enforcement officers experienced in alien smuggling investigations, and all the facts and opinions set forth in this affidavit, I believe that Flores was involved with others in alien smuggling activities. I further believe that Flores used the cellular telephone described herein to further the goal of smuggling an illegal alien into the United States.

15. Based upon my experience and training, consultation with other law enforcement officers experienced in alien smuggling investigations, and all the facts and opinions set forth in this affidavit, I believe that telephone numbers, contact names, electronic mail (email) addresses, appointment dates, messages, pictures and other digital information are stored in the memory of the cellular telephone described herein.

## SUMMARY

16. Based on all of the facts and circumstances described above, I believe that probable cause exists to conclude that Ernesto Flores-Blanco used a cellular telephone to facilitate the offenses of bringing in illegal aliens for financial gain and inducing and encouraging entry of illegal aliens. This telephone was likely used to facilitate the offense and store data, which constitutes evidence, fruits, and instrumentalities of violations of Title 8, United States Code, Section 1324.

17. I also believe that probable cause exists to believe that evidence, fruits and instrumentalities of Flores's illegal activity continue to exist on the cellular telephone that is the subject of this affidavit.

18. Therefore, I respectfully request a warrant be issued authorizing your affiant, a Border Patrol, or another Border Patrol Agent specially trained in digital evidence recovery, to search the items described in Attachment A, and seize the items listed in Attachment B.

IRENE SOLORZANO
Lead Agent
U. S. Border Patrol

Subscribed and Sworn to before me this 5 day of May, 2008

HONORABLE PETER C. LEWIS
U. S. Magistrate Judge

## ATTACHMENT A
## PROPERTY TO BE SEARCHED

The property to be searched is described below:

    One black Motorola Phone
    Model number I425
    Serial number 364VHQ3PT4

The telephone is being held by U.S. Border Patrol in Calexico, California.

## ATTACHMENT B

## ITEMS TO BE SEIZED

The records and items to be seized from the PROPERTY TO BE SEARCHED (described in Attachment A) include:

a. Electronic telephone books containing names and telephone numbers;

b. Electronic history of outgoing, incoming and missed calls including telephone numbers and time, duration, and date of calls;

c. Digital appointment books;

d. Stored messages to include inbox, outbox, new messages, saved messages both audio and text;

e. Stored pictures and animations;

f. Voice memos;

g. Schedules;

h. Notes;

i. Email addresses;

j. Settings of the cellular telephone including but not limited to the telephone number and subscriber history.